UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| VALERIE ELLIOTT, | ) |
| *Plaintiff,* | ) |
| | ) Case No. 2:18-cv-12 |
| v. | ) |
| GOVERNMENT CONTRACTING RESOURCES, INC., | ) |
| *Defendant.* | ) |

**STATUS REPORT**

With the discovery period having now concluded in the above captioned case, the Parties make the following report to the Court.

**I.     DISCOVERY**

   A. Is all discovery completed in this case?

      ☐ Yes        ☒ No

- If "No", please list what discovery is remaining:

Defendant, which timely served discovery requests and deposed Plaintiff, believes that it has conducted all discovery necessary for this case. However, Plaintiff has filed a motion to extend the discovery deadline. Therefore, Defendant reserves the right to take and respond to additional discovery, in the event the Court grants Plaintiff's motion.

   B. Are there any discovery issues which have been or will be brought before the Court for resolution?

      ☒ Yes        ☐ No

- If "Yes", please briefly explain:

On August 8, 2018, Plaintiff filed a motion to extend the discovery deadline. Defendant filed an opposition on August 17, 2018.

## II. SETTLEMENT

A. Have the parties made efforts to resolve this case?

☐ Yes     ☒ No

- If "Yes", please explain those efforts:

Click here to enter text.

B. Are the parties prepared to discuss settlement of this case with the Court at this time?

☐ Yes     ☒ No

- If "No", please explain:

Defendant intends to file a motion for summary judgment, and therefore does not believe settlement discussions are appropriate at this time.

C. Are there any third parties and/or lien holders that should be included in any settlement discussions for this case?

☐ Yes     ☒ No

- If "Yes", please list those parties:

Click here to enter text.

D. The Parties propose the following agreed upon dates, prior to the deadline for filing motions, for conducting a status conference. (*Please provide several dates for the Court's consideration in scheduling. Regardless of whether the Parties seek to discuss settlement, the Court may require that each party have a representative with full settlement authority present*.)

October 5, 2018
October 8-10, 2018
October 12, 2018
October 15, 2018

**III.   MOTIONS**

    A.  The Plaintiff(s) anticipate filing the following Motions:

- ☒ None
- ☐ Motion for Summary Judgment
- ☐ Motion to Exclude Expert Testimony
- ☐ Other Motion(s) (Except for Motions in Limine), please explain:

        Click here to enter text.

    B.  The Defendant(s) anticipate filing the following Motions:

- ☐ None
- ☒ Motion for Summary Judgment
- ☐ Motion to Exclude Expert Testimony
- ☐ Other Motion(s) (Except for Motions in Limine), please explain:

        Click here to enter text.

**IV.   ADDITIONAL MATTERS**

If there are any other matters regarding this case that the Parties seek to bring to the Court's attention at this time, please briefly explain:

Click here to enter text.

Dated:  September 19, 2018

 

Jennifer L. McGhan
Counsel for Plaintiff(s)

Ambika J. Biggs
Counsel for Defendant